**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

JUSTIN PIMSNER and KAREN PIMSNER,

                Plaintiffs,

    v.                                                No. 03-CV-1373
                                                        (TJM/DRH)

NEXEN TIRE CORPORATION

                Defendant/Cross-Defendant, and

GOODYEAR TIRE AND RUBBER COMPANY,
aka Goodyear Western Hemisphere Corporation,

                Defendant/Cross-Claimant.

-----------------------------------------------------------------

### ORDER

On January 18, 2005, a telephone conference was held with counsel for all parties in the above captioned case. From that conference, it appears that the parties need additional time to complete the depositions of the parties' respective economic experts but that extending the time for the parties to complete those depositions will not affect any other deadlines. Accordingly, good cause appearing for the request, it is hereby

**ORDERED** that the deadline for completion of discovery in the above captioned case is hereby extended solely for the purpose of permitting the parties to complete the depositions of their respective economic expert; and

**IT IS FURTHER ORDERED** that the deadlines previously set for completion of discovery, filing dispositive motions, trial readiness, and the commencement of trial remain unchanged.

**IT IS SO ORDERED**.

Dated: January 19, 2005
       Albany, New York

_David R. Homer_
United States Magistrate Judge