**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS



ARTHUR J. SIEGEL
Direct: 518-533-3211
siegela@bsk.com

March 9, 2005

DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE
ALBANY NEW YORK

**VIA HAND DELIVERY**

Hon. David R. Homer
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2974

Re:   *Pimsner v. Nexen*
      *03-CV-1373*

Dear Judge Homer:

I am in receipt of Your Honor's order regarding the sealing of documents contained in our recently filed motions. The text in the Clerk's Correction of Docket Entry is correct. The memo of law in support of co-counsel's motion to preclude was filed as document number 54 (in support of the documents filed as document 52). Therefore, document 54 should be sealed and document 53 should be removed completely as being filed in error as explained in our previous letter request.

We apologize again for any inconvenience this may have caused and respectfully request you order the items be removed from the electronic filing system. Thank you for your consideration.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Arthur J. Siegel

AJS/mlc
Enclosures

111 Washington Avenue, Albany, NY 12210-2211 ▪ Phone: 518-533-3000 ▪ Fax: 518-533-3299 ▪ www.bsk.com

154175.2 3/7/2005

Hon. David R. Homer
March 9, 2005
Page 2

cc: Michael Bai, Esq. (via e-mail)
John C. Ramsey, Esq. (via e-mail)

SO ORDERED:

*David R. Homer*

Hon. David R. Homer
March /0, 2005

154175.2 3/7/2005