**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK   FLORIDA   KANSAS




APR 12 2005
DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE
ALBANY, NEW YORK

ARTHUR J. SIEGEL
Direct: 518-533-3211
siegela@bsk.com

April 12, 2005

**VIA HAND DELIVERY**

Hon. David R. Homer
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2974

Re:   *Pimsner v. Nexen*
       *03-CV-1373*

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 12 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

Dear Judge Homer:

On April 8, 2005, on behalf of plaintiffs, we electronically filed a redacted version of a Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment on Punitive Damages Claim. We then hand delivered to the court a sealed, un-redacted version of the Memorandum of Law (among other items). Defendants' attorney contends that an item on page six of our Memorandum of Law falls under the confidentiality agreement and was not redacted in the electronically filed version. Rather than argue this point, by this letter we are seeking your approval to have the clerk remove the document from the docket (document 64) and to allow us to electronically re-file the document with the one additional item redacted.

We apologize for any inconvenience this may have caused and respectfully request you order the item removed from the electronic filing system and allow us to electronically re-file the redacted version. We have included a "so ordered" line at the bottom of this letter.

Hon. David R. Homer
April 12, 2005
Page 2


Thank you for your consideration.

Respectfully,

BOND, SCHOENECK & KING, PLLC

*(signature)*
Arthur J. Siegel

AJS/mlc


cc:   Michael Bai, Esq. (via e-mail)
      John C. Ramsey, Esq. (via e-mail)


SO ORDERED:

*(signature)*
Hon. David R. Homer
April *1 2*, 2005