

**SIMON & LUKE LLP**

AMERICA TOWER, 42ND FLOOR
2929 ALLEN PARKWAY
HOUSTON, TEXAS 77019
TEL. (713) 335-4900
FAX (713) 335-4949

April 19, 2005

Honorable Judge Homer                                  Via Fax: (518) 257-1851
Magistrate Judge
United States District Court, Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2974

    Re:    CV No. 03-CV-1373; *Justin Pimsner and Karen Pimsner v. Nexen Tire Corporation, et al;* In the United States District Court for the Northern District of New York

Dear Judge Homer:

    This morning you held a telpehone conference between Michael Bai, Ron Simon, John Ramsey, and Art Siegel at which you ordered the following:

1. On or before 5:00 p.m. on Wednesday, April 20, 2005, Nexen shall produce to Mr. Simon the previously-ordered information concerning ex-Nexen employees who worked in the Creel Room at Nexen during January of 2000;

2. Prior to the depositions in Korea, Nexen shall produce to Mr. Simon an accurate floor plan of the Creel Room and all time records for employees who worked in the Creel Room during January of 2000; and

3. The Korean depositions shall take place in a hotel in either Buson or Seoul as determined by Plaintiffs.

    If this letter accurately reflects your rulings, please sign below in the space marked "SO ORDERED".

Sincerely,

Ron Simon

**SO ORDERED**

_____   4/22/05
Magistrate Judge David R. Homer
United State District Court
for the Northern District of New York

Honorable Judge Homer
April 19, 2005
Page 2


cc:    Michael Bai                                                       VIA FAX: (212) 490-3038
      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
      150 East 42nd Street
      New York, NY 10017

      Arthur Siegel                                                VIA FAX: (518) 533-3299
      BOND, SCHOENECK & KING, PLLC
      111 Washington Avenue
      Albany, New York 12210


I:\Pimsner - 41\Correspondence\homer01 - tcw 4-19-05.wpd